IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANDREA GUYNES, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| vs.   No. 1:22-cv-784-VMK | |
| **LAKESIDE COMMUNITY COMMITTEE** | **DEFENDANT** |

### ORDER GRANTINNG JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND DISMISSAL WITH PREJUDICE

The Court, having considered Plaintiffs' and Defendant's Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice and having considered the Parties' settlement agreement and having found that bona fide disputes exist, is of the opinion that the motion should be GRANTED. It is therefore

**ORDERED** that the settlement agreement between the Plaintiffs and Defendants is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes. It is further **ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs are hereby dismissed with prejudice.

SIGNED and ENTERED this 30th day of March, 2023.

*[signature]*
HONORABLE VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE